

**MANDATE**

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 353RD DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:

On August 28, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Texas Health and Human Services Commission v. Jessica Canto

Court of Appeals No. 15-24-00080-CV
Trial Court No. D-1-GN-19-008542

The Court of Appeals entered the following judgment or order:

This cause, an appeal from the judgment in favor of appellee, Jessica Canto, signed June 4, 2024, was heard on the appellate record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that the order of the Texas Health and Human Services Commission is affirmed.

We further order that all costs incurred by reason of this appeal be paid by appellee, Jessica Canto.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this November 12, 2025.

**CHRISTOPHER A. PRINE, CLERK**